**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-1136

KATHLEEN E. KRAFT,

Plaintiff - Appellant,

versus

SHIRLEY S. CHATER, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CA-94-2926-6-3AK)

Submitted:  January 7, 1997          Decided:  January 24, 1997

Before WIDENER and ERVIN, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kathleen Kraft, Appellant Pro Se.  John Jarrett, DEPARTMENT OF
HEALTH AND HUMAN SERVICES, Atlanta, Georgia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kathleen Kraft appeals from the district court's order denying her request for waiver of her obligation to repay an overpayment of Social Security benefits. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Kraft v. Chater</u>, No. CA-94-2926-6-3AK (D.S.C. Dec. 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>